## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:17-cv-22843-RNS

**RIVER LIGHT V, L.P**., and
**TORY BURCH LLC**,

                    Plaintiffs,

v.

**EMILY GUZMAN TANAKA**,

                    Defendant.

_____

### JOINT NOTICE OF SETTLEMENT

Plaintiffs, River Light V, LP and Tory Burch LLC, and Defendant Emily Guzman Tanaka, by and through undersigned counsel, hereby notify the Court that they have reached a settlement in principle of the issues left unresolved by the Court's November 2, 2018 Order (Doc. No. 40) in the referenced action and are in the process of finalizing settlement documents and having same executed.

The parties anticipate that the documents will be finalized and filed with the Court within the next thirty (30) days, that is, by December 4, 2018.

DATED: November 5, 2018

**FRIEDLAND VINING, P.A.**

/s/Jaime Rich Vining
By:  David K. Friedland
Florida Bar No. 833479
Email:  dkf@friedlandvining.com
Jaime Rich Vining
Florida Bar No. 030932
Email:  jrv@friedlandvining.com
9100 S. Dadeland Blvd., Suite 1620
Miami, FL 33156
(305) 777-1720 – telephone
(305) 456-4922 – facsimile

***Counsel for Tory Burch***

Respectfully submitted,

**LAW OFFICE OF HEATHER NORTON**

/s/Heather Norton
By:  Heather Norton (admitted *pro hac vice*)
Email: heather@heathernortonlaw.com
236 West Portal, #143
San Francisco, CA 94127

and

**EWUSIAK LAW, P.A.**
Joel Justus Ewusiak
Email: joel@ewusiaklaw.com
6601 Memorial Highway, Suite 311
Tampa, FL 33615

***Counsel for Defendant***